07-61549.oa

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-61549-CIV-COOKE-BROWN

ASSOCIATION FOR DISABLED
AMERICANS, INC., et al.,

    Plaintiffs,

vs.

LAS BRISAS RESTAURANT, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION TO STRIKE

**THIS MATTER** is before the Court on defendant's Motion to Strike Plaintiff's Statment of Claim..., filed February 6, 2008. The Court has considered the motion, the response, and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED,** for three (3) reasons:

1. There is a failure to properly comply with Local Rule 7.1.A.3 prior to the filing of the motion as indicated in the response which was not replied to.

2. There is excusable neglect discussed in the response which was not replied to.

3. It appears this motion may be moot in light of the amended complaint filed in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of March, 2008.

                        STEPHEN T. BROWN
                        UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Marcia G. Cooke
       Counsel of record